UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RICKY PATU,

    Plaintiff,

v.

SHERYL ALBERT, et al.,

    Defendants.

No. C17-728 JLR-BAT

**ORDER DENYING IN FORMA PAUPERIS STATUS AND DIRECTING PAYMENT OF FILING FEE**

The Court, having reviewed the Report and Recommendation of Magistrate Judge Brian A. Tsuchida, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER**:

(1) The Court adopts the Report and Recommendation;

(2) Plaintiff's motions for leave to proceed *in forma pauperis* (Dkts. 1, 9, and 11) are **DENIED**; plaintiff is directed to pay the $400.00 filing fee within **thirty (30) days** of this Order.

(3) All pending motions (including plaintiff's motion for discovery (Dkt. 8)) are **DENIED without prejudice.**

**DATED** this 5th day of July, 2017.

JAMES L. ROBART
United States District Court Judge

ORDER - 1