# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| RICKY PILA PATU, | CASE NO. C17-0728JLR |
| Plaintiff, | ORDER OF DISMISSAL |
| v. | |
| SHERYL ALBERT, et al., | |
| Defendants. | |

On July 5, 2017, the court denied Plaintiff Ricky Pila Patu's request to proceed *in forma pauperis* and directed him to pay the $400.00 filing fee within 30 days of the date of the court's order. (7/5/17 Order (Dkt. # 13)); Local Rules W.D. Wash LCR 3(b) (setting forth the filing fee requirement). Thirty days have passed since the court's July

//

//

//

//

ORDER - 1

5, 2017, order, and Mr. Patu has not paid the requisite filing fee. (*See* Dkt.) Accordingly, the court DISMISSES this matter without prejudice.

Dated this 10th day of August, 2017.

JAMES L. ROBART
United States District Judge